## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

B.P. a minor, by and through their parent,
L.P. et al.

                                               CASE NO. 2:21-CV-1112-MJH

        Plaintiffs

        v.
                                        **NOTICE OF WITHDRAWAL OF**
                                        **MOTION TO COMPEL (ECF 13-14)**

NORTH ALLEGHENY SCHOOL
DISTRCT, et al.

        Defendants

AND NOW come Plaintiffs in the above-captioned action, by and through their counsel, Alexander W. Saksen and the law firm of Goldberg, Kamin & Garvin and Kenneth R. Behrend and the Behrend Law Group, LLC and hereby ***withdraw*** their Motion to Compel Enforcement of and Compliance with the Court's August 23, 2021 Order, filed in this action at ECF 13 and amended at ECF 14 ("Motion"). Plaintiffs ask this Honorable Court that no further action be taken on its Motion.

Respectfully submitted,

GOLDBERG, KAMIN & GARVIN, LLP

*/s/ Alexander W. Saksen*
Alexander W. Saksen, PA I.D. #86049
1806 Frick Building
437 Grant Street
Pittsburgh, PA 15219

Kenneth R. Behrend, PA I.D. #37961
Behrend Law Group LLC
The Pittsburgher, Suite 1700
428 Forbes Avenue
Pittsburgh, PA 15219

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal was served

on all counsel of record via the Court's ECF filing system this 2nd day of September 2021.

*/s/ Alexander W. Saksen*
Alexander W. Saksen