IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

B.P. a minor, by and through their parent,
L.P. et al.

                                                      CASE NO. 2:21-CV-1112-MJH

        Plaintiffs

        v.

NORTH ALLEGHENY SCHOOL
DISTRCT, et al.

        Defendants

## ORDER

AND NOW, on this 7th day of September 2021, upon review of Plaintiffs' Notice of Motion to Withdraw its Motion to Compel (*ECF 13-14*), it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is withdrawn and no further action will be taken on said Motion.

IT IS SO ORDERED.

                                                                                    THE HONORABLE MARILYN J. HORAN